\*\*E-filed 3/23/06\*\*

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| JOHN WHITE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Assistant United States Attorney Carlos Singh and defendant, John White, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for March 22, 2006, at 9:00 a.m., should be continued to May 3, 2006 at 9:00 a.m.

     Mr. White was arraigned on February 28, 2006.  At the arraignment, the parties agreed to set this case on the Court's March 22, 2006 calendar.  The parties stipulate and agree that this status date should be continued because counsel for the government recently provided the defense with discovery, and counsel needs additional time to review the discovery, discuss it with her client and to investigate this case.  For these reasons, the parties stipulate and agree to continue the status date to May 3, 2006.

     The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

1  defendant and public in a speedy trial because the failure to grant such a continuance would
2  unreasonably deny Mr. White the time necessary for effective preparation, taking into account
3  the exercise of due diligence.
4
5  SO STIPULATED.
6
7  Dated: March 21, 2006                              _____/s/_____
                                                      ANGELA M. HANSEN
8                                                     Assistant Federal Public Defender
9
10 Dated: March 21, 2006                              _____/s/_____
                                                      CARLOS SINGH
11                                                    Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

\*\*E-filed 3/23/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) | |
| JOHN WHITE, | ) | |
| Defendant. | ) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for March 22, 2006 at 9:00 a.m. is continued to May 3, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 22, 2006 through and including May 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: March 23, 2006

_____
JEREMY FOGEL
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26