**E-filed 6/13/06**

1 BARRY J. PORTMAN
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00111-JF |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [**PROPOSED**]** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| JOHN WHITE, ) | |
| Defendant. ) | |

    Assistant United States Attorney Carlos Singh and defendant, John White, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for June 14, 2006, at 9:00 a.m., should be continued to July 26, 2006 at 9:00 a.m.

    The offense charged involves conduct that allegedly occurred over 10 years ago.  The parties stipulate and agree that the status date should be continued because counsel for Mr. White needs additional time to investigate this case and to collect old records that may be relevant to Mr. White's defense and sentencing exposure.  For these reasons, the parties stipulate and agree to continue the status date to July 26, 2006.

    The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would

1 unreasonably deny Mr. White the time necessary for effective preparation, taking into account
2 the exercise of due diligence.

4 SO STIPULATED.

6 Dated: June 12, 2006    _____/s/_____
                              ANGELA M. HANSEN
7                             Assistant Federal Public Defender

9 Dated: June 12, 2006    _____/s/_____
                              CARLOS SINGH
10                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-JF |
| Plaintiff, | ) ) | **[**~~PROPOSED~~**] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) ) | |
| JOHN WHITE, | ) ) | |
| Defendant. | ) ) | |

    The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for June 14, 2006 at 9:00 a.m. is continued to July 26, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 14, 2006 through and including July 26, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: June 13, 2006

_____
JEREMY FOGEL
United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26