BARRY J. PORTMAN  
Federal Public Defender  
ANGELA M. HANSEN  
Assistant Federal Public Defender  
160 West Santa Clara Street, Suite 575  
San Jose, CA  95113  
Telephone:  (408) 291-7753  

Counsel for Defendant WHITE

\*\*e-filed 9/28/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00111-JF |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| JOHN WHITE, ) | |
| ) Defendant. ) | |
| _____ ) | |

      Assistant United States Attorney Carlos Singh and defendant, John White, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for September 21, 2006, at 9:00 a.m., should be continued to October 4, 2006 at 9:00 a.m.

      The offense charged involves conduct that allegedly occurred over 10 years ago.  The parties stipulate and agree that the status date should be continued because counsel for Mr. White needs additional time to investigate this case and to collect old records that may be relevant to Mr. White's defense and sentencing exposure.  Additionally, the parties are currently conducting plea negotiations.  For these reasons, the parties stipulate and agree to continue the status date two weeks, to October 4, 2006, at which time the parties expect to have a diposition.

      The parties further stipulate and agree that under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

1 defendant and public in a speedy trial because the failure to grant such a continuance would
2 unreasonably deny Mr. White the time necessary for effective preparation, taking into account
3 the exercise of due diligence.

5 SO STIPULATED.

7 Dated: September 19, 2006          _____/s/_____
                                     ANGELA M. HANSEN
8                                    Assistant Federal Public Defender

10 Dated: September 19, 2006         _____/s/_____
                                     CARLOS SINGH
11                                   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| JOHN WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for September 21, 2006 at 9:00 a.m. is continued to October 4, 2006 at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 21, 2006 through and including October 4, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: September 21, 2006

_____
JEREMY FOGEL
United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26