**E-filed 10/5/06**

1 BARRY J. PORTMAN
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| JOHN WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Assistant United States Attorney Carlos Singh and defendant, John White, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for October 4, 2006, at 9:00 a.m., should be continued to November 1, 2006 at 9:00 a.m.

The parties stipulate and agree that the status date should be continued because counsel for Mr. White needs additional time to investigate this case and to collect old records that may be relevant to Mr. White's defense and sentencing exposure.  Additionally, the parties are currently conducting plea negotiations, and the government needs additional time to consider the defendant's request for a misdemeanor disposition.  For these reasons, the parties stipulate and agree to continue the status to November1, 2006, at which time the parties expect to have a disposition of the matter.

The parties further stipulate and agree that under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv),

1  the ends of justice served by the continuance requested outweigh the best interest of the

2  defendant and public in a speedy trial because the failure to grant such a continuance would

3  unreasonably deny Mr. White the time necessary for effective preparation, taking into account

4  the exercise of due diligence.

5

6  SO STIPULATED.

7

8  Dated: October 3, 2006                                   _____/s/_____
                                                            ANGELA M. HANSEN
9                                                           Assistant Federal Public Defender

10

11 Dated: October 3, 2006                                   _____/s/_____
                                                            CARLOS SINGH
12                                                          Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**E-filed 10/5/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR 06-00111-JF |
| )  | |
| Plaintiff,           ) | [~~PROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |
| ) | |
| v.                                                          ) | |
| ) | |
| JOHN WHITE,                                      ) | |
| ) | |
| Defendant.           ) | |
| _____) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for October 4, 2006 at 9:00 a.m. is continued to November 1, 2006 at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 4, 2006 through and including November 1, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: October 4, 2006

_____
JEREMY FOGEL
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26