CHAMBERS COPY
E-FILED

FILED

FEB 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00111-RS |
| Plaintiff, | [Proposed] ORDER REFLECTING IMPOSITION OF ELECTRONIC MONITORING |
| v. | |
| JOHN RALPH WHITE, | |
| Defendant. | |

The Court held a status hearing on February 9, 2007 regarding a Form 12 Probation Violation Petition, filed on February 5, 2007. After considering argument of the parties as to bail, the Court amended the defendant's terms of probation and ordered that the defendant be placed on electronic monitoring during the pendency of the Form 12 proceedings.

**So Ordered.**

February 13, 2007

RICHARD SEEBORG
U.S. Magistrate Judge