**FILED**

MAR - 2 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER TO CONTINUE STATUS HEARING ON REVOCATION PETITION |
| JOHN WHITE, | ) | |
| Defendant. | ) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for March 2, 2007 at 10:00 a.m. is continued to March 8, 2007 at 11:00 a.m.

Dated: March 2, 2007

RICHARD SEEBORG
United States Magistrate Judge