

E-FILED

**FILED**

MAR 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-RS |
| Plaintiff, | ) | **[PROPOSED] ORDER MODIFYING CONDITIONS OF PROBATION** |
| v. | ) | |
| JOHN WHITE, | ) | |
| Defendant. | ) | |

Based on Defendant John White's admission of the violation in the Form 12 petition, and by agreement of the parties, it is hereby ordered that the terms and conditions of John White's probation are modified to include six months of electronic home monitoring. All other terms and conditions of probation shall remain the same.

Dated: March 13, 2007

RICHARD SEEBORG
United States Magistrate Judge