E-FILED

**FILED**

MAR 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00111-RS |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXONERATING BOND AND RELEASING PASSPORT |
| v. | ) | |
| JOHN WHITE, | ) | |
| Defendant. | ) | |

To:   Richard W. Wieking, Clerk of the Court

It is hereby ordered that the defendant John White's passport, which was posted pursuant to the bond in this case, is released. The Clerk of the United States District Court for the Northern District of California shall forthwith release the passport to Mr. John White, 461 Bryant Avenue, Mountain View, CA 94040.

Dated: March 13, 2007

RICHARD SEEBORG
United States Magistrate Judge